# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAUTONE, ANTHONY R. | U.S. DISTRICT - NEW JERSEY | 08/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE / PART-TIME | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

500 PROSPECT AVENUE
WEST ORANGE, NEW JERSEY 07052

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SHAREHOLDER | MAUTONE & HORAN P.A. |
| 2. | MEMBER | TRIPLE MINGA LLC |
| 3. | MEMBER | HUDSON PALISADES, LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/30/68 | PARTICIPANT IN NJ DIV. OF PENSIONS (PUBLIC EMPLOYEES RETIREMENT SYSTEM) NO CONTROL |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | MAUTONE & HORAN, P.A. (WAGES & DISTRIBUTIONS) | $82,258.00 |
| 2. 2014 | NJ DIVISION OF PENSIONS | $17,034.00 |
| 3. 2014 | METROPOLITAN LIFE - IRA | $58,392.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | KENT PLACE SCHOOL (WAGES) |
| 2. 2014 | ARCHDIOCESE OF NEWARK (IRA) |
| 3. 2014 | METROPOLITAN LIFE (IRA) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 08/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PSE&G | E | Dividend | O | T | | | | | |
| 2. FIRST ENERGY | C | Dividend | L | T | | | | | |
| 3. CMS ENERGY | D | Dividend | M | T | | | | | |
| 4. PACIFIC GAS & ELECTRIC | C | Dividend | M | T | | | | | |
| 5. VALLEY NATIONAL BANK | A | Interest | K | T | | | | | |
| 6. GEN'L ELECTRIC CAPITAL CORP | A | Interest | J | T | | | | | |
| 7. RENTAL PROPERTY WEST ORANGE NJ-COST 485,000-1984 | E | Rent | N | R | | | | | |
| 8. R.E. - NEWTON, NJ COST 255,000 - 1988 | E | Rent | N | R | | | | | |
| 9. TRIPLE MINGA (REAL EST. VENTURE) COST 83,000 | F | Distribution | O | W | | | | | |
| 10. R.E. HOBOKEN, NJ COST 350,000 - 1991 | G | Rent | N | R | | | | | |
| 11. R.E. - FARM W. MILFORD, NJ COST 355,000 - 1989 | A | Distribution | L | R | | | | | |
| 12. R.E. - UNION CITY, NJ COST 269,000 - 2000 | | None | | | Sold | 03/24/14 | N | G | Louis Picardo |
| 13. METLIFE IRA- ALCATEL LUCEN | | None | K | T | | | | | |
| 14. METLIFE IRA-LSI | | None | | | Sold | 05/06/14 | L | E | |
| 15. ARM IRA - ALCATEL LUCENT ADR | | None | K | T | | | | | |
| 16. SCHWAB - LSI | | None | | | Sold | 05/06/14 | K | | |
| 17. CITIGROUP | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. METLIFE INS CO | A | Dividend | J | T | | | | | |
| 19. TRAVELERS/ST PAUL | A | Dividend | K | T | | | | | |
| 20. DOMINION RESOURCES | D | Dividend | M | T | | | | | |
| 21. SCHWAB - LIGHTHOUSE FAST FERRY | | None | J | T | | | | | |
| 22. INVESTORS BANK CORP | C | Dividend | M | T | | | | | |
| 23. HUDSON CITY BANCORP | C | Dividend | M | T | | | | | |
| 24. KEARNY FINANCIAL CORP | | None | N | T | | | | | |
| 25. AMERICAN ELECTRIC POWER | B | Dividend | K | T | | | | | |
| 26. DUKE ENERGY | C | Dividend | L | T | | | | | |
| 27. SPECTRA | C | Dividend | M | T | | | | | |
| 28. HUDSON PALISADES, LLC (REAL EST. VENTURE) COST 115,500. 2007 | | None | M | W | | | | | |
| 29. HUDSON CITY SAVINGS | A | Interest | O | T | | | | | |
| 30. ARM (IRA ROLLOVER) ALLIANCE BERNSTEIN GLOBAL | D | Dividend | M | T | Sold (part) | 12/04/14 | K | A | |
| 31. ARM (IRA ROLLOVER) METLIFE BALANCED | D | Dividend | N | T | Sold (part) | 12/04/14 | K | A | |
| 32. ARM (IRA ROLLOVER) JP MORGAN GLOBAL | C | Dividend | M | T | Sold (part) | 12/04/14 | J | A | |
| 33. ARM (IRA ROLLOVER) METLIFE MULTI-INDEX TARGETED RISK | D | Dividend | M | T | Sold (part) | 12/04/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 08/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ANTHONY R. MAUTONE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544